JS-6

1  Blake Woodhall, Cal. State Bar 192614
   bwoodhall@hermanlaw.com
2  **HERMAN LAW**
   9434 Deschutes Road, Suite 1000
3  Palo Cedro, CA 96073-1000
   Telephone: (305) 931-2200
4
   *Attorneys for Plaintiff, M.H.*
5

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., | Case No. EDCV 23-482-GW-SPx |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DOE 1 and DOES 2 through 25, | |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety, as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that the hearing on counsel for Plaintiff's Request for Approval of Substitution or Withdrawal of Counsel set for July 24, 2023, at 8:30 a.m. in Courtroom 9D of the United States District Court, Central District of California, is <u>off calendar</u> and that no appearances are required on that date.

DATED: July 20, 2023

_____
HON. GEORGE H. WU,
United States District Judge

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**PROOF OF SERVICE**

*M.H. v. Doe 1, et al.*
Case No. 5:23-cv-00482 GW (SPx)
Removed to United State District Court for the Central District of California
Removed from Riverside County Superior Court, Case No. CVRI 2203993

I am over the age of 18 and am not a party to this action. I am employed by Herman Law, 9434 Deschutes Road, Suite 1000, Palo Cedro, CA 96073-1000.

On the date executed below, I served on the interested parties in this action the following document(s) described as:

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

**SEE ATTACHED SERVICE LIST**

____ **By United States Mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed in the attached Service List and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at _____, California.

____ **By Overnight Delivery**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed in the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

____ **By Fax Transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in the attached Service List. No error was reported by the fax machine that I used.

__X__ **By Electronic Transmission**. Pursuant to Section 1010.6 of the *Code of Civil Procedure*, I transmitted the above-described document(s) by electronic transmission from the above-noted email address to the recipients listed in the attached Service List at the identified email addresses. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2023, at Palo Cedro, California.

*/s/ Wendy K. Chieffo*
Wendy K. Chieffo

- 1 -
*Proof of Service*

## SERVICE LIST

*M.H. v. Doe 1, et al.*
Case No. 5:23-cv-00482 GW (SPx)
Removed to United State District Court for the Central District of California
Removed from Riverside County Superior Court, Case No. CVRI 2203993

| | |
|---|---|
| M.H.<br>25870 Stanford Street, #13B<br>Hemet, CA 92544<br>(951) 229-5201 | Plaintiff<br><br>successconnector18@gmail.com |
| Lisa Dearden Trépanier, Esq.<br>Jacquelynn K.M. Levien, Esq.<br>Trépanier Tajima, LLP<br>4605 Lankershim Boulevard, Suite 540<br>North Hollywood, CA 91602<br>(323) 487-1101<br>(858) 663-9752 | Attorneys for Defendant<br><br>lisat@trepaniertajima.com<br>jackie@trepaniertajima.com<br>samantha@trepaniertajima.com<br>amy@trepaniertajima.com<br>khaws@mohlaw.com<br>cbowman@mohlaw.com |
| Karl N. "Kasey" Haws, Esq.<br>Mundell, Odlum & Haws, LLP<br>650 East Hospitality Lane, Suite 470<br>San Bernardino, CA 92408<br>(909) 890-9500 | |